```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KYLE REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA  95814
 4  (916) 554-2700
    (916) 554-2900 FAX
 5
 6
 7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL STEPHEN MOYNIHAN,<br><br>　　　　Defendant. | CASE NO. 2:11-mj-00170 KJN<br><br>**STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING FROM JULY 11, 2012, UNTIL JULY 12, 2012** |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.　By previous order, this matter was set for a preliminary hearing at the time of the defendant initial appearance on June 27, 2012.  The date for the preliminary hearing was July 11, 2012, at 2:00 p.m. before the Honorable Kendall J. Newman.

2.　By this stipulation, the parties now seek to continue the preliminary hearing until July 12, 2012, pursuant to Fed. R. Crim. P. 5.1(d).

3.　The parties agree and stipulate, and request that the Court find the following:

　　a.　Good cause exists for the continuance.  The United States is attempting to convene a Grand Jury to appear on July 5, 2012, in order to comply with the current schedule.  However, this

matter is the only matter for that Grand Jury to consider. The parties agree that convening a panel for a single matter may greatly inconvenience many members of the Grand Jury given the July 4th holiday.

      b.      In this particular case, the public interest in the prompt disposition of criminal cases is outweighed by the need for a continuance. The length of the continuance is a single day, and the parties anticipate that the criminal case will resolve quickly.

IT IS SO STIPULATED.

Dated: July 3, 2012                                Respectfully Submitted,

                                                        BENJAMIN B. WAGNER
                                                        United States Attorney

                                                  By:
                                                        */s/ Kyle Reardon*
                                                        KYLE REARDON
                                                        Assistant U.S. Attorney

Dated: July 3, 2012                                */s/ Kyle Reardon* for
                                                       MICHAEL PETRICK
                                                       Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>       Plaintiff,<br><br>v.<br><br>MICHAEL STEPHEN MOYNIHAN,<br><br>       Defendant. | CASE NO. 2:11-mj-00170 KJN<br><br>**ORDER CONTINUING PRELIMINARY HEARING FROM JULY 11, 2012, UNTIL JULY 12, 2012** |

The parties' stipulation is approved and so ordered. Good cause – taking into account the defendant's consent and the public's interest in the prompt disposition of criminal cases – exist for the one-day continuance requested in this case. The preliminary hearing currently set for July 11, 2012, at 2:00 p.m. is continued to July 12, 2012, at 2:00 p.m.

**Date: 7/10/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE